**WO**     TCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Michael Cristo, | No. CV 07-0022-PCT-MHM (MEA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Yavapai County Jail, et al., | |
| Defendants. | |

Plaintiff Justin Michael Cristo, who is confined in the Yavapai County Jail in Camp Verde, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. By order of the Court filed on February 14, 2007, Plaintiff was directed to either pay the $350 filing fee or file an inmate trust account statement within thirty days (Doc. #3).

Pending before the Court is Plaintiff's letter to the Clerk of the Court filed with the Court on February 15, 2007 (Doc. #4), which the Court construes as a Motion For Inquiry. In his motion, Plaintiff requests information about appointment of counsel. Plaintiff also seeks information about whether he will receive injunctive relief. Finally, Plaintiff alleges that he has been denied access to proper medical care and access to the law library.

The Court will deny Plaintiff's Motion. Plaintiff must comply with the Court's February 14, 2007 order by either paying the $350 filing fee or by filing a six-month trust account statement before the Court will consider any of Plaintiff's Motions. To the extent

that Plaintiff seeks appointment of counsel, he must do so by filing a written motion to the Court. To the extent that Plaintiff is seeking injunctive relief in this case, he must include his request for injunctive relief on the court-approved complaint form. To the extent that Plaintiff is seeking injunctive relief because he is subject to immediate and irreparable harm, he must file a written request in the form of a Motion For Injunctive Relief.

Finally, Plaintiff to the extent that Plaintiff seeks the Court to consider his medical claims and alleged denial of access to the law library claim, he must include them on his court-approved form. The Court will not consider any claims for relief not set forth on Plaintiff's court-approved complaint form.

**IT IS THEREFORE ORDERED:** That Plaintiff's Motion For Inquiry (Doc. #4) is DENIED.

DATED this 27th day of February, 2007.

_____
Mary H. Murguia
United States District Judge